UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------------------------------x

GEOVANNI BAHENA FIGUEROA,
on behalf of himself and all others
similarly situated,

Civil Action
No: 1:26-cv-2409

Plaintiff,

-v.-

LUXURY WATCHES USA CORP.,

Defendants.

-------------------------------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 30, 2026

Respectfully Submitted,

*/s/Yaakov Saks*

Yaakov Saks, Esq.
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
ysaks@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 30th day of July, 2026

Respectfully Submitted,

*/s/ Yaakov Saks*
Yaakov Saks